# Law Office of William F. Horn

188-01B 71st Crescent
Fresh Meadows, New York 11365
Telephone: (718) 785-0543
Facsimile: (866) 596-9003
bill@wfhlegal.com

May 13, 2010

Hon. Roslynn R. Mauskopf, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: **George Fahme, et al. v. United Collection Bureau, Inc.**
U.S. District Court, E.D.N.Y. Case No. 1:10-cv-01854-RRM-RER

Dear Judge Mauskopf:

I am co-counsel for the Plaintiffs named in a pending civil action, which is styled as *Joann Gravina, et al. v. United Collection Bureau, Inc.*, *et al.*, E.D.N.Y. Case. No.: 2:09-cv-04816-LDW-AKT ("Gravina Lawsuit"). On May 10, 200, I filed a letter request for a pre-motion conference to discuss the proprietary of my clients desire to file a Motion to Intervene under Fed. R. Civ. P. 24(a) and Fed. R. Civ. P. 24(b) in the event the Court is not inclined to consolidate the referenced case with the Gravina Lawsuit. [Doc. 5].

Upon further review, the request may have been premature. In light of the fact that we have filed appearances in the *Fahme* case, we will be notified of any activity. Future activity may justify our need to intervene or consolidate but, for the time being, that need is not yet ripe. Accordingly, I respectfully withdraw my clients' request for a pre-motion conference.

Respectfully submitted,
s/William F. Horn
William F. Horn
*via ECF Filing Only*
cc: All Counsel of Record *via ECF Filing*
Barry Jacobs *via e-mail* only