**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

March 8, 2011

**VIA ECF**

The Honorable Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:**   **Fahme v. United**
  **10 CV 1854 (RRM) (RER)**

Dear Magistrate Judge Reyes:

I represent the plaintiff in the above matter. The Court's last order shows that the parties felt that the matter could settle within thirty days. That was months ago. Since then I am having trouble getting Mr. Jacobs to commit to attempt to resolve the matter. Therefore, I am requesting assistance from the Court. Perhaps the scheduling of a telephone conference will motivate Mr. Jacobs accordingly.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:   Barry Jacobs, Esq.